No. 03–9262. MEZA v. UNITED STATES. C. A. 5th Cir. Reported below: 82 Fed. Appx. 122;

No. 03–10705. HOLMES v. UNITED STATES. C. A. D. C. Cir. Reported below: 360 F. 3d 1339;

No. 03–10727. LEUNG *v.* UNITED STATES. C. A. 9th Cir. Reported below: 95 Fed. Appx. 876;

No. 03–10742. DAVIS *v.* UNITED STATES. C. A. 5th Cir. Reported below: 84 Fed. Appx. 449;

No. 03–10752. MASTERS *v.* UNITED STATES. C. A. 11th Cir. Reported below: 97 Fed. Appx. 906;

No. 03–10755. MICHEL, AKA DOE *v.* UNITED STATES. C. A. 4th Cir. Reported below: 88 Fed. Appx. 623;

No. 03–10757. PATTERSON *v.* UNITED STATES. C. A. 11th Cir.;

No. 03–10760. TURNBULL, AKA TURNBOUGH *v.* UNITED STATES. C. A. 8th Cir. Reported below: 349 F. 3d 558;

No. 03–10802. COONEY *v.* UNITED STATES. C. A. 6th Cir. Reported below: 87 Fed. Appx. 580;

No. 03–10807. DAVIS *v.* UNITED STATES. C. A. 8th Cir. Reported below: 357 F. 3d 726;

No. 03–10813. NORMAN *v.* UNITED STATES. C. A. 8th Cir. Reported below: 354 F. 3d 969;

No. 03–10819. FISHER *v.* UNITED STATES. C. A. 4th Cir. Reported below: 88 Fed. Appx. 662;

No. 03–10836. SCHOENAUER *v.* UNITED STATES. C. A. 8th Cir. Reported below: 354 F. 3d 969;

No. 03–10851. MORENO *v.* UNITED STATES. C. A. 9th Cir. Reported below: 93 Fed. Appx. 131;

No. 03–10884. NORTH *v.* UNITED STATES. C. A. 1st Cir. Reported below: 86 Fed. Appx. 427;

No. 03–10897. GLAUM *v.* UNITED STATES. C. A. 1st Cir. Reported below: 356 F. 3d 169;

No. 03–10938. DIAZ *v.* UNITED STATES. C. A. 5th Cir. Reported below: 95 Fed. Appx. 535;

No. 03–10961. HARRINGTON *v.* UNITED STATES. C. A. 5th Cir. Reported below: 89 Fed. Appx. 473;

No. 03–10979. MERRITT *v.* UNITED STATES. C. A. 7th Cir. Reported below: 361 F. 3d 1005;

No. 03–10983. BANKS, AKA BARNNES *v.* UNITED STATES. C. A. 3d Cir. Reported below: 85 Fed. Appx. 875;

No. 03–11067. DUNBAR *v.* UNITED STATES. C. A. 6th Cir. Reported below: 357 F. 3d 582;

No. 04–5031. CARRENO *v.* UNITED STATES. C. A. 9th Cir. Reported below: 363 F. 3d 883;

No. 04–5041. SAPP *v.* UNITED STATES. C. A. 2d Cir. Reported below: 91 Fed. Appx. 195;

No. 04–5047. GUEVARA v. UNITED STATES. C. A. 2d Cir. Reported below: 99 Fed. Appx. 300;

No. 04–5052. GARNER v. UNITED STATES. C. A. 6th Cir. Reported below: 355 F. 3d 942;

No. 04–5070. YOUNG v. UNITED STATES. C. A. 7th Cir. Reported below: 363 F. 3d 631;

No. 04–5084. LOFLIN v. UNITED STATES. C. A. 4th Cir. Reported below: 91 Fed. Appx. 873;

No. 04–5085. JACKSON v. UNITED STATES. C. A. 7th Cir. Reported below: 363 F. 3d 631;

No. 04–5086. RAMJOHN v. UNITED STATES. C. A. 2d Cir. Reported below: 93 Fed. Appx. 310;

No. 04–5097. COOK v. UNITED STATES. C. A. 6th Cir. Reported below: 102 Fed. Appx. 888;

No. 04–5106. RESTREPO v. UNITED STATES. C. A. 2d Cir. Reported below: 90 Fed. Appx. 412;

No. 04–5113. MARTINEZ-FIGUEROA v. UNITED STATES. C. A. 8th Cir. Reported below: 363 F. 3d 679;

No. 04–5117. SHULL v. UNITED STATES. C. A. 4th Cir. Reported below: 93 Fed. Appx. 586;

No. 04–5130. FORBES v. UNITED STATES. C. A. 2d Cir. Reported below: 356 F. 3d 478;

No. 04–5137. HARDRIDGE v. UNITED STATES. C. A. 10th Cir. Reported below: 100 Fed. Appx. 743;

No. 04–5152. MESINA v. UNITED STATES. C. A. 11th Cir. Reported below: 99 Fed. Appx. 877;

No. 04–5155. BUSH v. UNITED STATES. C. A. 11th Cir. Reported below: 103 Fed. Appx. 667;

No. 04–5169. CLARK v. UNITED STATES. C. A. 10th Cir. Reported below: 94 Fed. Appx. 769;

No. 04–5171. MUHAMMAD v. UNITED STATES. C. A. 5th Cir. Reported below: 91 Fed. Appx. 972;

No. 04–5174. WATSON v. UNITED STATES. C. A. 3d Cir. Reported below: 93 Fed. Appx. 481;

No. 04–5187. BARREIRO v. UNITED STATES. C. A. 11th Cir. Reported below: 88 Fed. Appx. 390;

No. 04–5189. MOSLEY v. UNITED STATES. C. A. 11th Cir. Reported below: 103 Fed. Appx. 665;

No. 04–5190. MOHAMMED v. UNITED STATES. C. A. 11th Cir. Reported below: 99 Fed. Appx. 885;

No. 04–5191.  PEREZ v. UNITED STATES.  C. A. 2d Cir.  Reported below: 95 Fed. Appx. 376;

No. 04–5193.  ALLEN v. UNITED STATES.  C. A. 11th Cir.  Reported below: 92 Fed. Appx. 781;

No. 04–5194.  SMITH v. UNITED STATES.  C. A. 11th Cir.  Reported below: 103 Fed. Appx. 665;

No. 04–5200.  JACOBS v. UNITED STATES.  C. A. 3d Cir.  Reported below: 94 Fed. Appx. 893;

No. 04–5210.  YARBOR v. UNITED STATES.  C. A. 7th Cir.  Reported below: 363 F. 3d 654;

No. 04–5214.  GONZALEZ-CAPETILLO v. UNITED STATES.  C. A. 5th Cir.  Reported below: 86 Fed. Appx. 774;

No. 04–5239.  ZIMMERMAN v. UNITED STATES.  C. A. 8th Cir.  Reported below: 88 Fed. Appx. 977;

No. 04–5249.  BOOHER v. UNITED STATES.  C. A. 4th Cir.  Reported below: 94 Fed. Appx. 160;

No. 04–5250.  GABRIEL v. UNITED STATES.  C. A. D. C. Cir.  Reported below: 365 F. 3d 29;

No. 04–5262.  PHILLIPS v. UNITED STATES.  C. A. 10th Cir.  Reported below: 94 Fed. Appx. 796;

No. 04–5263.  PINEIRO v. UNITED STATES.  C. A. 5th Cir.  Reported below: 377 F. 3d 464;

No. 04–5272.  BIJOU, AKA BIGOU v. UNITED STATES.  C. A. 4th Cir.  Reported below: 92 Fed. Appx. 966;

No. 04–5280.  RODRIGUEZ v. UNITED STATES.  C. A. 8th Cir.  Reported below: 367 F. 3d 1019;

No. 04–5288.  PRIME v. UNITED STATES.  C. A. 9th Cir.  Reported below: 363 F. 3d 1028;

No. 04–5289.  NOMAR v. UNITED STATES.  C. A. 4th Cir.  Reported below: 95 Fed. Appx. 28;

No. 04–5295.  MILLER, AKA JONES, AKA RUSSELL v. UNITED STATES.  C. A. 3d Cir.  Reported below: 94 Fed. Appx. 121;

No. 04–5296.  OGLE v. UNITED STATES.  C. A. 5th Cir.  Reported below: 92 Fed. Appx. 996;

No. 04–5298.  PAGLEY v. UNITED STATES.  C. A. 3d Cir.  Reported below: 94 Fed. Appx. 104;

No. 04–5305.  PARKS v. UNITED STATES.  C. A. 8th Cir.  Reported below: 364 F. 3d 902;

No. 04–5327.  TOROGUET-CERVANTES v. UNITED STATES.  C. A. 11th Cir.  Reported below: 97 Fed. Appx. 904;

No. 04–5330. WASHINGTON v. UNITED STATES. C. A. 5th Cir. Reported below: 95 Fed. Appx. 701;

No. 04–5331. JARDINE v. UNITED STATES. C. A. 10th Cir. Reported below: 364 F. 3d 1200;

No. 04–5332. JACOBS v. UNITED STATES. C. A. 3d Cir. Reported below: 96 Fed. Appx. 812;

No. 04–5352. JARA v. UNITED STATES. C. A. 6th Cir. Reported below: 96 Fed. Appx. 329;

No. 04–5365. CHAMPAGNE v. UNITED STATES. C. A. 1st Cir. Reported below: 362 F. 3d 60;

No. 04–5374. WIGGINS v. UNITED STATES. C. A. 3d Cir. Reported below: 94 Fed. Appx. 959;

No. 04–5388. MUNOZ-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Reported below: 94 Fed. Appx. 243;

No. 04–5431. COOK v. UNITED STATES. C. A. 9th Cir. Reported below: 91 Fed. Appx. 580;

No. 04–5432. CURRIE v. UNITED STATES. C. A. 6th Cir. Reported below: 96 Fed. Appx. 369;

No. 04–5435. PETERS v. UNITED STATES. C. A. 6th Cir. Reported below: 98 Fed. Appx. 449;

No. 04–5436. PHYLLIAN, AKA ROBINSON v. UNITED STATES. C. A. 3d Cir. Reported below: 95 Fed. Appx. 430;

No. 04–5444. WYNN v. UNITED STATES. C. A. 6th Cir. Reported below: 365 F. 3d 546;

No. 04–5448. LARA-LUCIANO v. UNITED STATES. C. A. 5th Cir. Reported below: 95 Fed. Appx. 654;

No. 04–5450. SILVERIO v. UNITED STATES. C. A. 2d Cir. Reported below: 96 Fed. Appx. 788;

No. 04–5451. QUINONES v. UNITED STATES. C. A. 1st Cir.;

No. 04–5465. GAITHER v. UNITED STATES. C. A. 10th Cir. Reported below: 96 Fed. Appx. 615;

No. 04–5466. BROWN v. UNITED STATES. C. A. 10th Cir. Reported below: 96 Fed. Appx. 570;

No. 04–5469. HUGHES v. UNITED STATES. C. A. 5th Cir. Reported below: 95 Fed. Appx. 671;

No. 04–5470. HARRISON v. UNITED STATES. C. A. 3d Cir. Reported below: 357 F. 3d 314;

No. 04–5471. GILFORD v. UNITED STATES. C. A. 5th Cir. Reported below: 95 Fed. Appx. 549;

No. 04–5476. BARBOUR v. UNITED STATES. C. A. 3d Cir. Reported below: 349 F. 3d 138;

No. 04–5481. HITE *v.* UNITED STATES. C. A. 7th Cir. Reported below: 364 F. 3d 874;

No. 04–5488. GARCIA-RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Reported below: 97 Fed. Appx. 904;

No. 04–5493. LINEBERRY *v.* UNITED STATES. C. A. 5th Cir. Reported below: 93 Fed. Appx. 632;

No. 04–5497. OWENS *v.* UNITED STATES. C. A. 9th Cir. Reported below: 98 Fed. Appx. 595;

No. 04–5504. CALLOWAY *v.* UNITED STATES. C. A. 11th Cir. Reported below: 107 Fed. Appx. 892;

No. 04–5516. SMITH *v.* UNITED STATES. C. A. 8th Cir. Reported below: 363 F. 3d 811;

No. 04–5517. JACOBS *v.* UNITED STATES. C. A. 3d Cir. Reported below: 93 Fed. Appx. 488;

No. 04–5520. RICE *v.* UNITED STATES. C. A. 10th Cir. Reported below: 358 F. 3d 1268;

No. 04–5523. WILSON *v.* UNITED STATES. C. A. 6th Cir. Reported below: 94 Fed. Appx. 294;

No. 04–5525. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Reported below: 95 Fed. Appx. 555;

No. 04–5528. WARD, AKA WILSON *v.* UNITED STATES. C. A. 10th Cir. Reported below: 96 Fed. Appx. 615;

No. 04–5541. WILSON *v.* UNITED STATES. C. A. 10th Cir. Reported below: 95 Fed. Appx. 970;

No. 04–5545. JORDAN *v.* UNITED STATES. C. A. 9th Cir. Reported below: 88 Fed. Appx. 247;

No. 04–5546. RUBIO *v.* UNITED STATES. C. A. 5th Cir. Reported below: 95 Fed. Appx. 713;

No. 04–5564. DREWRY *v.* UNITED STATES. C. A. 10th Cir. Reported below: 365 F. 3d 957;

No. 04–5571. MISKE *v.* UNITED STATES. C. A. 9th Cir. Reported below: 101 Fed. Appx. 252;

No. 04–5582. ORTEGA *v.* UNITED STATES. C. A. 2d Cir. Reported below: 82 Fed. Appx. 717;

No. 04–5589. JACKSON *v.* UNITED STATES. C. A. 8th Cir. Reported below: 365 F. 3d 649;

No. 04–5592. SMITH *v.* UNITED STATES. C. A. 8th Cir. Reported below: 367 F. 3d 737;

No. 04–5594. RUELAS *v.* UNITED STATES. C. A. 9th Cir. Reported below: 98 Fed. Appx. 615;

No. 04–5595.  RAMOS *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 96 Fed. Appx. 246;

No. 04–5599.  WALTON *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 97 Fed. Appx. 904;

No. 04–5607.  LUEBBERT *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 96 Fed. Appx. 383;

No. 04–5614.  BROWN *v.* UNITED STATES.  C. A. 4th Cir.  Reported below: 96 Fed. Appx. 881;

No. 04–5623.  DEVITA *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 86 Fed. Appx. 738;

No. 04–5630.  YOUNG *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 97 Fed. Appx. 615;

No. 04–5631.  MENDEZ *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 97 Fed. Appx. 583;

No. 04–5632.  MCCANN *v.* UNITED STATES.  C. A. 1st Cir.  Reported below: 366 F. 3d 46;

No. 04–5634.  LEEWRIGHT *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 96 Fed. Appx. 952;

No. 04–5639.  SMITH *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 107 Fed. Appx. 185;

No. 04–5641.  SWEAT *v.* UNITED STATES.  C. A. 5th Cir.;

No. 04–5647.  HOUCHINS ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Reported below: 364 F. 3d 182;

No. 04–5662.  GARCIA *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 99 Fed. Appx. 885;

No. 04–5667.  GILLEY *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 368 F. 3d 505;

No. 04–5668.  KREUTER *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 96 Fed. Appx. 950;

No. 04–5671.  BERN *v.* UNITED STATES.  C. A. 8th Cir.  Reported below: 96 Fed. Appx. 428;

No. 04–5678.  STUBBS *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 97 Fed. Appx. 564;

No. 04–5679.  NNAJI *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 90 Fed. Appx. 138;

No. 04–5680.  ALIZONDO *v.* UNITED STATES.  C. A. 9th Cir.  Reported below: 91 Fed. Appx. 32;

No. 04–5692.  ESTEVEZ *v.* UNITED STATES.  C. A. 1st Cir.;

No. 04–5694.  PORTOCARRERO CANA, AKA PORTOKAERO *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 91 Fed. Appx. 654;

No. 04–5699. MURILLO KACHIMBO, AKA AKHIN MURILLO *v.* UNITED STATES. C. A. 11th Cir. Reported below: 91 Fed. Appx. 654;

No. 04–5702. GOMES RIVAS *v.* UNITED STATES. C. A. 11th Cir. Reported below: 91 Fed. Appx. 654;

No. 04–5705. AGUIRRE ZATISAVAL *v.* UNITED STATES. C. A. 11th Cir. Reported below: 91 Fed. Appx. 654;

No. 04–5706. VASQUEZ, AKA LNU *v.* UNITED STATES. C. A. 7th Cir. Reported below: 97 Fed. Appx. 676;

No. 04–5709. GORDON *v.* UNITED STATES. C. A. 2d Cir. Reported below: 96 Fed. Appx. 58;

No. 04–5716. ANDRADE, AKA GUERRARO-PEREZ *v.* UNITED STATES. C. A. 5th Cir. Reported below: 96 Fed. Appx. 241;

No. 04–5721. ABBOTT *v.* UNITED STATES. C. A. 8th Cir. Reported below: 98 Fed. Appx. 567;

No. 04–5730. WHALEN *v.* UNITED STATES. C. A. 9th Cir. Reported below: 97 Fed. Appx. 132;

No. 04–5732. WILSON *v.* UNITED STATES. C. A. 4th Cir. Reported below: 96 Fed. Appx. 875;

No. 04–5734. TRIGG *v.* UNITED STATES. C. A. 5th Cir.;

No. 04–5738. CERVANTES-SOSA *v.* UNITED STATES. C. A. 11th Cir. Reported below: 104 Fed. Appx. 151;

No. 04–5740. CURTIS *v.* UNITED STATES. C. A. 10th Cir.;

No. 04–5752. BILLINGSLEY *v.* UNITED STATES. C. A. 9th Cir.;

No. 04–5762. GORE *v.* UNITED STATES. C. A. 4th Cir. Reported below: 93 Fed. Appx. 569;

No. 04–5763. GORE *v.* UNITED STATES. C. A. 4th Cir. Reported below: 93 Fed. Appx. 569;

No. 04–5765. ELLIS *v.* UNITED STATES. C. A. 4th Cir. Reported below: 93 Fed. Appx. 497;

No. 04–5770. TORRES *v.* UNITED STATES. C. A. 2d Cir. Reported below: 90 Fed. Appx. 412;

No. 04–5771. BLOUNT *v.* UNITED STATES. C. A. 4th Cir. Reported below: 364 F. 3d 173;

No. 04–5802. WHITE *v.* UNITED STATES. C. A. 7th Cir. Reported below: 368 F. 3d 911;

No. 04–5808. WEBB *v.* UNITED STATES. C. A. 5th Cir. Reported below: 96 Fed. Appx. 259;

No. 04–5816. HARRIS, AKA BATES *v.* UNITED STATES. C. A. 5th Cir. Reported below: 96 Fed. Appx. 182;

No. 04–5826.   POUNPANYA v. UNITED STATES.   C. A. 9th Cir. Reported below: 97 Fed. Appx. 744;

No. 04–5830.   VANBUREN v. UNITED STATES.   C. A. 4th Cir. Reported below: 97 Fed. Appx. 419;

No. 04–5831.   RED ELK v. UNITED STATES.   C. A. 8th Cir. Reported below: 368 F. 3d 1047;

No. 04–5837.   LATERZA v. UNITED STATES.   C. A. 11th Cir. Reported below: 99 Fed. Appx. 886;

No. 04–5845.   RADFORD v. UNITED STATES.   C. A. 2d Cir.   Reported below: 88 Fed. Appx. 448;

No. 04–5849.   ECHEVARRIA ET AL. v. UNITED STATES.   C. A. 11th Cir.   Reported below: 103 Fed. Appx. 665;

No. 04–5850.   CUSHING v. UNITED STATES.   C. A. 2d Cir.   Reported below: 99 Fed. Appx. 269;

No. 04–5851.   CHAPMAN v. UNITED STATES.   C. A. 9th Cir. Reported below: 97 Fed. Appx. 170;

No. 04–5864.   HUMPHREY ET AL. v. UNITED STATES.   C. A. 10th Cir.   Reported below: 98 Fed. Appx. 771;

No. 04–5865.   SALAZAR v. UNITED STATES.   C. A. 5th Cir. Reported below: 94 Fed. Appx. 222;

No. 04–5867.   SUTTLES v. UNITED STATES.   C. A. 6th Cir. Reported below: 100 Fed. Appx. 449;

No. 04–5879.   PEREZ v. UNITED STATES.   C. A. 7th Cir.   Reported below: 100 Fed. Appx. 561;

No. 04–5881.   REYES, AKA RODRIGUEZ v. UNITED STATES. C. A. 4th Cir.   Reported below: 96 Fed. Appx. 903;

No. 04–5883.   ROSEN ET AL. v. UNITED STATES.   C. A. 9th Cir. Reported below: 94 Fed. Appx. 567;

No. 04–5887.   COLUNGA-AMBRIZ v. UNITED STATES.   C. A. 5th Cir.   Reported below: 96 Fed. Appx. 959;

No. 04–5915.   HOURSTON v. UNITED STATES.   C. A. 8th Cir. Reported below: 97 Fed. Appx. 53;

No. 04–5917.   VANORDEN v. UNITED STATES.   C. A. 11th Cir. Reported below: 99 Fed. Appx. 875;

No. 04–5931.   BASKERVILLE v. UNITED STATES.   C. A. 3d Cir. Reported below: 98 Fed. Appx. 185;

No. 04–5945.   WEST v. UNITED STATES.   C. A. 11th Cir.   Reported below: 99 Fed. Appx. 879;

No. 04–5985.   SAPP v. UNITED STATES.   C. A. 11th Cir.   Reported below: 362 F. 3d 1310;

No. 04–5987.  SAPP *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 362 F. 3d 1310;

No. 04–5989.  WINGATE *v.* UNITED STATES.  C. A. 8th Cir.  Reported below: 369 F. 3d 1028;

No. 04–6012.  FLORES *v.* UNITED STATES.  C. A. 9th Cir.  Reported below: 99 Fed. Appx. 115;

No. 04–6015.  WILLIAMS *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 99 Fed. Appx. 885;

No. 04–6033.  MARTIN *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 104 Fed. Appx. 151;

No. 04–6041.  PADGETT *v.* UNITED STATES.  C. A. 4th Cir.  Reported below: 98 Fed. Appx. 189;

No. 04–6050.  SALVADOR CHAVEZ *v.* UNITED STATES.  C. A. 10th Cir.  Reported below: 98 Fed. Appx. 806;

No. 04–6051.  DARBOUZE *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 99 Fed. Appx. 876;

No. 04–6057.  WILSON *v.* UNITED STATES.  C. A. 3d Cir.  Reported below: 369 F. 3d 329;

No. 04–6062.  FRANCISCO GONZALEZ, AKA QUINONES *v.* UNITED STATES.  C. A. 8th Cir.  Reported below: 365 F. 3d 656;

No. 04–6066.  MILLS *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 97 Fed. Appx. 506;

No. 04–6076.  TATUM *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 101 Fed. Appx. 1;

No. 04–6088.  KANATZAR *v.* UNITED STATES.  C. A. 8th Cir.  Reported below: 370 F. 3d 810;

No. 04–6094.  TOLENTINO *v.* UNITED STATES.  C. A. 9th Cir.  Reported below: 98 Fed. Appx. 694;

No. 04–6095.  LOCKLEAR *v.* UNITED STATES.  C. A. 4th Cir.;

No. 04–6102.  DEWITT *v.* UNITED STATES.  C. A. 4th Cir.  Reported below: 100 Fed. Appx. 145;

No. 04–6104.  DAVIS *v.* UNITED STATES.  C. A. 10th Cir.  Reported below: 96 Fed. Appx. 615;

No. 04–6119.  JORDAN *v.* UNITED STATES.  C. A. 7th Cir.  Reported below: 370 F. 3d 703;

No. 04–6121.  BRASS *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 105 Fed. Appx. 574;

No. 04–6125.  MACK *v.* UNITED STATES.  C. A. 10th Cir.  Reported below: 100 Fed. Appx. 752;

No. 04–6133.  VAZQUEZ *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 101 Fed. Appx. 467;

No. 04-6134. TODD v. UNITED STATES. C. A. 5th Cir. Reported below: 100 Fed. Appx. 248;

No. 04-6135. WEST v. UNITED STATES. C. A. 4th Cir. Reported below: 98 Fed. Appx. 259;

No. 04-6138. LEFEBVRE v. UNITED STATES. C. A. 11th Cir. Reported below: 104 Fed. Appx. 152;

No. 04-6139. HUGHES v. UNITED STATES. C. A. 6th Cir. Reported below: 369 F. 3d 941;

No. 04-6154. CARPENTER v. UNITED STATES. C. A. 8th Cir. Reported below: 364 F. 3d 956;

No. 04-6160. BANUELOS ALVA v. UNITED STATES. C. A. 6th Cir. Reported below: 106 Fed. Appx. 314;

No. 04-6186. GILLIAN v. UNITED STATES. C. A. 4th Cir. Reported below: 99 Fed. Appx. 477;

No. 04-6187. LUIS GARCIA v. UNITED STATES. C. A. 2d Cir. Reported below: 94 Fed. Appx. 17;

No. 04-6190. JOHNSON v. UNITED STATES. C. A. 6th Cir. Reported below: 103 Fed. Appx. 866;

No. 04-6193. RHOINEY v. UNITED STATES. C. A. 10th Cir. Reported below: 94 Fed. Appx. 730;

No. 04-6196. CLAYTON v. UNITED STATES. C. A. 7th Cir. Reported below: 370 F. 3d 703;

No. 04-6198. COAXUM v. UNITED STATES. C. A. 11th Cir. Reported below: 107 Fed. Appx. 893;

No. 04-6199. DULANEY v. UNITED STATES. C. A. 6th Cir. Reported below: 100 Fed. Appx. 411;

No. 04-6200. LANG, AKA LEWIS, AKA KING v. UNITED STATES. C. A. 10th Cir. Reported below: 364 F. 3d 1210;

No. 04-6218. PLASIMOND v. UNITED STATES. C. A. 4th Cir. Reported below: 102 Fed. Appx. 283;

No. 04-6220. DAVIS v. UNITED STATES. C. A. 8th Cir. Reported below: 367 F. 3d 805;

No. 04-6221. DAIS, AKA SOUDIHA v. UNITED STATES. C. A. 9th Cir. Reported below: 101 Fed. Appx. 669;

No. 04-6224. TAYLOR v. UNITED STATES. C. A. 5th Cir. Reported below: 100 Fed. Appx. 305;

No. 04-6225. MOLDEN, AKA TROUTMAN v. UNITED STATES. C. A. 11th Cir. Reported below: 112 Fed. Appx. 3;

No. 04-6228. VONDETTE v. UNITED STATES. C. A. 2d Cir. Reported below: 352 F. 3d 772 and 83 Fed. Appx. 394;

No. 04–6234. RAY v. UNITED STATES. C. A. 10th Cir. Reported below: 370 F. 3d 1039;

No. 04–6260. HAMPTON v. UNITED STATES. C. A. 10th Cir. Reported below: 100 Fed. Appx. 792;

No. 04–6264. GEDDES v. UNITED STATES. C. A. 3d Cir. Reported below: 98 Fed. Appx. 187;

No. 04–6266. GATEWOOD v. UNITED STATES. C. A. 10th Cir. Reported below: 370 F. 3d 1055;

No. 04–6273. THOMAS v. UNITED STATES. C. A. 6th Cir. Reported below: 99 Fed. Appx. 737;

No. 04–6280. KENNEDY v. UNITED STATES. C. A. 5th Cir. Reported below: 99 Fed. Appx. 557;

No. 04–6299. SKELTON v. UNITED STATES. C. A. 6th Cir. Reported below: 101 Fed. Appx. 89;

No. 04–6300. AGUILAR CAMACHO v. UNITED STATES. C. A. 9th Cir. Reported below: 109 Fed. Appx. 134;

No. 04–6322. DEJESUS ARBELAEZ v. UNITED STATES. C. A. 11th Cir. Reported below: 107 Fed. Appx. 892;

No. 04–6323. BARLOW v. UNITED STATES. C. A. 7th Cir. Reported below: 102 Fed. Appx. 51;

No. 04–6324. BONILLA v. UNITED STATES. C. A. 5th Cir. Reported below: 97 Fed. Appx. 502;

No. 04–6326. WORLEY v. UNITED STATES. C. A. 6th Cir. Reported below: 100 Fed. Appx. 514;

No. 04–6340. CLARK v. UNITED STATES. C. A. 3d Cir. Reported below: 96 Fed. Appx. 816;

No. 04–6341. CASSANO v. UNITED STATES. C. A. 7th Cir. Reported below: 372 F. 3d 868;

No. 04–6366. DOUGLAS v. UNITED STATES. C. A. 6th Cir. Reported below: 100 Fed. Appx. 449;

No. 04–6378. BOLANOS-MUNOZ ET AL. v. UNITED STATES. C. A. 11th Cir. Reported below: 103 Fed. Appx. 665;

No. 04–6413. SPIELVOGEL v. UNITED STATES. C. A. 11th Cir. Reported below: 99 Fed. Appx. 881;

No. 04–6419. HAIRE v. UNITED STATES. C. A. D. C. Cir. Reported below: 371 F. 3d 833;

No. 04–6434. JACKSON v. UNITED STATES. C. A. 5th Cir. Reported below: 101 Fed. Appx. 972;

No. 04–6436. SIMMONS v. UNITED STATES. C. A. 8th Cir. Reported below: 100 Fed. Appx. 600;

No. 04–6441. BORRA *v.* UNITED STATES. C. A. 9th Cir. Reported below: 101 Fed. Appx. 750;

No. 04–6446. DOTSON *v.* UNITED STATES. C. A. 7th Cir. Reported below: 102 Fed. Appx. 508;

No. 04–6454. RIGGS *v.* UNITED STATES. C. A. 4th Cir. Reported below: 370 F. 3d 382;

No. 04–6461. YOUNG *v.* UNITED STATES. C. A. 4th Cir. Reported below: 100 Fed. Appx. 214;

No. 04–6471. ELLIS *v.* UNITED STATES. C. A. 4th Cir. Reported below: 93 Fed. Appx. 497;

No. 04–6478. LYTLE *v.* UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 242;

No. 04–6484. BIRKY *v.* UNITED STATES. C. A. 9th Cir. Reported below: 101 Fed. Appx. 701;

No. 04–6490. WATTS *v.* UNITED STATES. C. A. 9th Cir. Reported below: 102 Fed. Appx. 589;

No. 04–6500. ALANIZ *v.* UNITED STATES. C. A. 5th Cir. Reported below: 101 Fed. Appx. 512;

No. 04–6528. SALLIS *v.* UNITED STATES. C. A. 9th Cir. Reported below: 102 Fed. Appx. 617;

No. 04–6554. STOKES *v.* UNITED STATES. C. A. 4th Cir. Reported below: 89 Fed. Appx. 849;

No. 04–6564. BENNETT *v.* UNITED STATES. C. A. 11th Cir. Reported below: 368 F. 3d 1343;

No. 04–6573. HICKMAN, AKA SAUNDERS *v.* UNITED STATES. C. A. 5th Cir. Reported below: 374 F. 3d 275;

No. 04–6574. HOUSTON *v.* UNITED STATES. C. A. 6th Cir. Reported below: 107 Fed. Appx. 603;

No. 04–6587. GALLATIN *v.* UNITED STATES. C. A. 6th Cir. Reported below: 88 Fed. Appx. 54;

No. 04–6593. HUNT *v.* UNITED STATES. C. A. 6th Cir. Reported below: 86 Fed. Appx. 57;

No. 04–6628. NAGEL *v.* UNITED STATES. C. A. 11th Cir. Reported below: 112 Fed. Appx. 1;

No. 04–6642. KEYS *v.* UNITED STATES. C. A. 11th Cir. Reported below: 97 Fed. Appx. 904;

No. 04–6651. JORDAN *v.* UNITED STATES. C. A. 5th Cir.;

No. 04–6652. O'GEORGIA *v.* UNITED STATES. C. A. 6th Cir. Reported below: 80 Fed. Appx. 439;

No. 04–6655. SOLACHE VALDOVINOS *v.* UNITED STATES. C. A. 9th Cir. Reported below: 103 Fed. Appx. 221;

No. 04–6667. BELTRAN-HERNANDEZ v. UNITED STATES. C. A. 8th Cir. Reported below: 373 F. 3d 905;

No. 04–6682. GARZA v. UNITED STATES. C. A. 5th Cir. Reported below: 103 Fed. Appx. 528;

No. 04–6726. BOGGS v. UNITED STATES. C. A. 4th Cir. Reported below: 100 Fed. Appx. 188;

No. 04–6747. TUBBS v. UNITED STATES. C. A. 5th Cir. Reported below: 96 Fed. Appx. 257;

No. 04–6754. DIAZ-SANTANA v. UNITED STATES. C. A. 1st Cir.;

No. 04–6755. CHAVARRIA v. UNITED STATES. C. A. 5th Cir. Reported below: 377 F. 3d 475;

No. 04–6774. WORMSLEY, AKA WALLACE v. UNITED STATES. C. A. 3d Cir. Reported below: 368 F. 3d 331;

No. 04–6797. GARCIA v. UNITED STATES. C. A. 11th Cir. Reported below: 107 Fed. Appx. 892;

No. 04–6798. HUNTER v. UNITED STATES. C. A. 5th Cir. Reported below: 105 Fed. Appx. 551;

No. 04–6811. THOMAS ET AL. v. UNITED STATES. C. A. D. C. Cir. Reported below: 361 F. 3d 653;

No. 04–6813. STURGILL v. UNITED STATES. C. A. 11th Cir. Reported below: 107 Fed. Appx. 888;

No. 04–6823. CARTER v. UNITED STATES. C. A. 6th Cir. Reported below: 374 F. 3d 399;

No. 04–6829. GOLD v. UNITED STATES. C. A. 6th Cir. Reported below: 109 Fed. Appx. 736;

No. 04–6837. SOLESBEE v. UNITED STATES. C. A. 5th Cir. Reported below: 94 Fed. Appx. 207;

No. 04–6844. ESCAMILLA-VASQUEZ v. UNITED STATES. C. A. 4th Cir. Reported below: 104 Fed. Appx. 285;

No. 04–6858. MEILLEUR v. UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 243;

No. 04–6861. MAYES v. UNITED STATES. C. A. 4th Cir. Reported below: 103 Fed. Appx. 495;

No. 04–6867. RICKS v. UNITED STATES. C. A. 3d Cir. Reported below: 96 Fed. Appx. 93;

No. 04–6868. SHAMBLIN v. UNITED STATES. C. A. 9th Cir. Reported below: 101 Fed. Appx. 243;

No. 04–6882. CHOICE v. UNITED STATES. C. A. 4th Cir. Reported below: 102 Fed. Appx. 799;

No. 04–6892. TRAHAN $v.$ UNITED STATES. C. A. 11th Cir. Reported below: 107 Fed. Appx. 887;

No. 04–6900. LAWS $v.$ UNITED STATES. C. A. 5th Cir. Reported below: 102 Fed. Appx. 878;

No. 04–6921. VOLIS, AKA KLINE $v.$ UNITED STATES. C. A. 11th Cir. Reported below: 112 Fed. Appx. 4;

No. 04–6929. KELLER $v.$ UNITED STATES. C. A. 7th Cir. Reported below: 376 F. 3d 713;

No. 04–6949. LOPERA $v.$ UNITED STATES. C. A. 11th Cir. Reported below: 112 Fed. Appx. 2;

No. 04–6956. SWASEY $v.$ UNITED STATES. C. A. 11th Cir. Reported below: 112 Fed. Appx. 5;

No. 04–6959. HAYNES $v.$ UNITED STATES. C. A. 6th Cir. Reported below: 98 Fed. Appx. 499;

No. 04–6966. RICKS $v.$ UNITED STATES. C. A. 3d Cir. Reported below: 96 Fed. Appx. 96;

No. 04–6970. SCROGGINS $v.$ UNITED STATES. C. A. 5th Cir. Reported below: 379 F. 3d 233;

No. 04–7042. PADMORE $v.$ UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 245;

No. 04–7045. WELCH $v.$ UNITED STATES. C. A. 7th Cir. Reported below: 368 F. 3d 970;

No. 04–7047. SMITH $v.$ UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 280;

No. 04–7065. JOHNSON $v.$ UNITED STATES. C. A. 5th Cir. Reported below: 86 Fed. Appx. 728;

No. 04–7096. OLLIVIERRE, AKA BRIDGES $v.$ UNITED STATES. C. A. 4th Cir. Reported below: 378 F. 3d 412;

No. 04–7131. LEISURE $v.$ UNITED STATES. C. A. 8th Cir. Reported below: 377 F. 3d 910;

No. 04–7135. THORN $v.$ UNITED STATES. C. A. 8th Cir. Reported below: 375 F. 3d 679;

No. 04–7142. BALDWIN $v.$ UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 252;

No. 04–7158. PAYNE $v.$ UNITED STATES. C. A. 8th Cir. Reported below: 377 F. 3d 811;

No. 04–7168. GANN $v.$ UNITED STATES. C. A. 5th Cir.;

No. 04–7171. GRASS, AKA GRASSO $v.$ UNITED STATES. C. A. 3d Cir. Reported below: 93 Fed. Appx. 408;

No. 04–7179. HERRERA $v.$ UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 248;

No. 04–7182. HARRIS *v.* UNITED STATES. C. A. 4th Cir.;

No. 04–7184. DALE *v.* UNITED STATES. C. A. 5th Cir. Reported below: 374 F. 3d 321;

No. 04–7206. MALVEAUX *v.* UNITED STATES. C. A. 5th Cir. Reported below: 104 Fed. Appx. 430;.

No. 04–7207. LOVERSON *v.* UNITED STATES. C. A. 6th Cir. Reported below: 111 Fed. Appx. 831;

No. 04–7220. PRADO-MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Reported below: 105 Fed. Appx. 631;

No. 04–7223. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Reported below: 104 Fed. Appx. 434;

No. 04–7235. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Reported below: 104 Fed. Appx. 433;

No. 04–7242. SMITH *v.* UNITED STATES. C. A. 5th Cir. Reported below: 108 Fed. Appx. 873;

No. 04–7259. CHARLES-SANCHEZ *v.* UNITED STATES. C. A. 11th Cir. Reported below: 112 Fed. Appx. 3;

No. 04–7270. OSAMOR *v.* UNITED STATES. C. A. 5th Cir. Reported below: 107 Fed. Appx. 438;

No. 04–7281. GRAY *v.* UNITED STATES. C. A. 6th Cir. Reported below: 109 Fed. Appx. 74;

No. 04–7282. FERRELL, AKA SHAWN *v.* UNITED STATES. C. A. 2d Cir. Reported below: 380 F. 3d 102 and 106 Fed. Appx. 750;

No. 04–7289. MARQUEZ-GOMEZ *v.* UNITED STATES. C. A. 5th Cir. Reported below: 105 Fed. Appx. 626;

No. 04–7291. DUNLAP *v.* UNITED STATES. C. A. 6th Cir. Reported below: 110 Fed. Appx. 532;

No. 04–7292. NICHOLS, AKA JOHNSON *v.* UNITED STATES. C. A. 10th Cir. Reported below: 374 F. 3d 959;

No. 04–7319. CASTANEDA-BARRIENTOS *v.* UNITED STATES. C. A. 5th Cir. Reported below: 108 Fed. Appx. 878;

No. 04–7328. MENDEZ *v.* UNITED STATES. C. A. 4th Cir. Reported below: 102 Fed. Appx. 266;

No. 04–7342. EASTWOOD, AKA SPRINGER *v.* UNITED STATES. C. A. 9th Cir. Reported below: 107 Fed. Appx. 808;

No. 04–7362. BASS *v.* UNITED STATES. C. A. 8th Cir. Reported below: 104 Fed. Appx. 598;

No. 04–7370. LAWRENCE *v.* UNITED STATES. C. A. 11th Cir. Reported below: 112 Fed. Appx. 5;

No. 04–7373. DAVIS, AKA BENFORD *v.* UNITED STATES. C. A. 6th Cir. Reported below: 107 Fed. Appx. 596;

No. 04–7386. CHAVEZ v. UNITED STATES. C. A. 5th Cir. Reported below: 105 Fed. Appx. 641;

No. 04–7409. SHIPMAN v. UNITED STATES. C. A. 4th Cir. Reported below: 107 Fed. Appx. 354;

No. 04–7428. DOBBS v. UNITED STATES. C. A. 8th Cir. Reported below: 105 Fed. Appx. 132;

No. 04–7438. BRIGHTWELL v. UNITED STATES. C. A. 3d Cir. Reported below: 104 Fed. Appx. 823;

No. 04–7442. KYSER v. UNITED STATES. C. A. 7th Cir. Reported below: 102 Fed. Appx. 51;

No. 04–7445. LYNCH v. UNITED STATES. C. A. 4th Cir. Reported below: 102 Fed. Appx. 299;

No. 04–7455. CUELLAR v. UNITED STATES. C. A. 5th Cir. Reported below: 105 Fed. Appx. 617;

No. 04–7474. JONES v. UNITED STATES. C. A. 6th Cir. Reported below: 107 Fed. Appx. 601;

No. 04–7499. GRIMES v. UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 241;

No. 04–7501. HILL v. UNITED STATES. C. A. 4th Cir.;

No. 04–7508. ONE MALE JUVENILE v. UNITED STATES. C. A. 4th Cir. Reported below: 103 Fed. Appx. 493;

No. 04–7536. HARRIS v. UNITED STATES. C. A. 4th Cir. Reported below: 109 Fed. Appx. 518;

No. 04–7539. GRIJALVA-LOPEZ v. UNITED STATES. C. A. 5th Cir. Reported below: 108 Fed. Appx. 157;

No. 04–7547. SANTOS PEREZ v. UNITED STATES. C. A. 5th Cir. Reported below: 102 Fed. Appx. 388;

No. 04–7562. COYNE v. UNITED STATES. C. A. 1st Cir. Reported below: 114 Fed. Appx. 5;

No. 04–7569. SANTILLANA v. UNITED STATES. C. A. 5th Cir. Reported below: 109 Fed. Appx. 665;

No. 04–7570. REESE v. UNITED STATES. C. A. 11th Cir. Reported below: 382 F. 3d 1308;

No. 04–7575. SOLER v. UNITED STATES. C. A. 11th Cir. Reported below: 107 Fed. Appx. 182;

No. 04–7590. ORR v. UNITED STATES. C. A. 4th Cir. Reported below: 106 Fed. Appx. 163;

No. 04–7612. GAINES v. UNITED STATES. C. A. 6th Cir. Reported below: 105 Fed. Appx. 682;

No. 04–7618. JOHNSON v. UNITED STATES. C. A. 5th Cir. Reported below: 105 Fed. Appx. 578;

No. 04–7634. SMITH v. UNITED STATES. C. A. 5th Cir. Reported below: 110 Fed. Appx. 380;

No. 04–7644. KING v. UNITED STATES. C. A. 4th Cir. Reported below: 113 Fed. Appx. 504;

No. 04–7646. SALINAS v. UNITED STATES. C. A. 5th Cir. Reported below: 108 Fed. Appx. 216;

No. 04–7647. SANCHEZ-GARCIA v. UNITED STATES. C. A. 9th Cir. Reported below: 104 Fed. Appx. 670;

No. 04–7648. SAVILLA v. UNITED STATES. C. A. 4th Cir.;

No. 04–7656. LEATHAM v. UNITED STATES. C. A. 8th Cir. Reported below: 105 Fed. Appx. 132;

No. 04–7667. ROBINSON v. UNITED STATES. C. A. 5th Cir. Reported below: 96 Fed. Appx. 946;

No. 04–7681. PETTIETTE v. UNITED STATES. C. A. 5th Cir. Reported below: 105 Fed. Appx. 578;

No. 04–7700. HOLDER v. UNITED STATES. C. A. 5th Cir. Reported below: 109 Fed. Appx. 673;

No. 04–7701. FLORES v. UNITED STATES. C. A. 2d Cir. Reported below: 109 Fed. Appx. 463;

No. 04–7712. LAUREL v. UNITED STATES. C. A. 6th Cir. Reported below: 103 Fed. Appx. 875;

No. 04–7724. MURRAY v. UNITED STATES. C. A. 2d Cir. Reported below: 108 Fed. Appx. 22;

No. 04–7728. AUGUSTIN v. UNITED STATES. C. A. 4th Cir. Reported below: 102 Fed. Appx. 771;

No. 04–7741. HEARNE v. UNITED STATES. C. A. 4th Cir. Reported below: 102 Fed. Appx. 321;

No. 04–7759. TAYLOR v. UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 245;

No. 04–7760. KEMP v. UNITED STATES. C. A. 11th Cir.;

No. 04–7779. GRAHAM v. UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 242;

No. 04–7780. HOOKER v. UNITED STATES. C. A. 4th Cir. Reported below: 101 Fed. Appx. 906;

No. 04–7793. BRYANT v. UNITED STATES. C. A. 5th Cir.;

No. 04–7816. DOCKERY v. UNITED STATES. C. A. 11th Cir. Reported below: 120 Fed. Appx. 785;

No. 04–7823. McCRAY v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 982;

No. 04–7827. STERLING v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 978;

No. 04–7834. BROWN v. UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 252;

No. 04–7848. PERALTA-FLORES, AKA PERALTA, AKA SALGADO v. UNITED STATES. C. A. 9th Cir. Reported below: 109 Fed. Appx. 962; and

No. 04–7851. THOMAS v. UNITED STATES. C. A. 6th Cir. Reported below: 116 Fed. Appx. 727. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker, ante,* p. 220.